Prob 12B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | WILLIAM VALENZUELA |
| **Docket Number:** | 1:06CR00205-001 OWW |
| **Offender Address:** | Fresno, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 02/08/1999 |
| **Original Offense:** | 21 USC 841(a)(1), 841(b)(1)(B)(viii), and 846, Conspiracy to Distribute Methamphetamine<br>(CLASS B FELONY) |
| **Original Sentence:** | 120 months Bureau of Prison; 8 years supervised release; $100 special assessment; and mandatory drug testing (District of Oregon; Docket Number CR97-30028-02HA) |
| **Special Conditions:** | No special conditions - standard conditions include warrantless search, and substance abuse testing/counseling |
| **Type of Supervision:** | Supervised release |
| **Supervision Commenced:** | 07/01/2005 |
| **Assistant U.S. Attorney:** | Marc Cullers                **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Federal Defender            **Telephone:** (559) 498-5561 |

**RE:    William VALENZUELA**
       **Docket Number: 1:06CR00205-01 OWW**
       **PETITION TO MODIFY THE CONDITIONS OR TERM**
       **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**Other Court Action:**

| | |
|---|---|
| **05/04/2006:** | Sentencing court was noticed of the offender's use of cocaine and approved a non-adverse action recommendation because remedial measures had been instituted. |
| **05/12/2006:** | Transfer of Jurisdiction to the Eastern District of California was accepted. |
| **05/04/2007**: | Probation Form 12A1 signed by Court approving a non-adverse action violation wherein the offender failed to obey all laws and was convicted of Driving While License Revoked/Suspended (Fresno County Superior Court No. M07910170MA). |
| **05/29/2008:** | Probation Form 12B signed by Court approving non-adverse action violation wherein the offender failed to obey all laws and was cited for Domestic Violence/Simple Assault. The Court, with the consent of the offender, added the following special condition: Mental Health Treatment |
| **09/23/2009:** | Probation Form 12B, Petition to Modify Conditions, signed by Court approving non-adverse action for a violation wherein the offender failed to submit ten Monthly Supervision Reports and failed to report an arrest. The court, with the consent of the offender, added special conditions for 120 hours of community service and that the offender abstain from the use of alcoholic beverages and not frequent places where alcohol is the chief item of sale. |
| **08/20/2010:** | Probation Form 12B signed by Court, with the consent of the offender, added the following special condition: Defendant shall participate in a cognitive behavioral treatment program. This modification was ordered as a result of the offender driving under the influence of alcohol and failing to stop at stoplight. |
| **04/04/2011**: | Probation Form 12A signed by Court approving a non-adverse action violation, pending state court action, wherein |

**RE:  William VALENZUELA**
   **Docket Number: 1:06CR00205-01 OWW**
   **PETITION TO MODIFY THE CONDITIONS OR TERM**
   **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

      the offender operated a motor vehicle under the influence of alcohol, drove on a suspended license, and possessed a controlled substance (Fresno County Court case number F11902848).

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

The defendant shall reside and participate in a residential community corrections center, Turning Point of Central California, for a period of up to 120 days; said placement shall commence on as directed by the probation officer pursuant to 18 USC 3563(b) (11). The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

**Justification:**   On May 27, 2011, the offender was arrested by California Highway Patrol in Mojave, California, for Driving Under the Influence of Alcohol and traveling at a speed of 100 miles per hour. When the officer made contact with the offender, the offender admitted his driver's license was suspended and that he had consumed 1 to 2 beers approximately 4 hours prior. The officer performed a breath test and the offender had a BAC of .18% and .19%.

On June 27, 2011, the offender went before the Kern County Superior Court in Mojave, California, and pled guilty to Driving Under the Influence of Alcohol and Driving on a Suspended License. He was sentenced to 2 years probation for Driving on a Suspended License and 5 years probation for Driving under the Influence of Alcohol. In addition, the offender was ordered to fines and fees totaling $1,861.00 and serve 8 days in jail to commence August 17, 2011.

The offender reported the arrest timely; however, violated the standard condition that he not commit another federal, state, or local crime, and the special condition that he not consume alcohol. The offender reported that he and two others had gone to Mojave to ride dune buggies and admitted to consuming beer. The offender stated that he was upset because he had found out

**RE:    William VALENZUELA**
     **Docket Number: 1:06CR00205-01 OWW**
     **PETITION TO MODIFY THE CONDITIONS OR TERM**
     **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

that his girlfriend, who is also the mother of his two children, had been seeing other men behind his back.  The offender further acknowledged that he has an alcohol problem because, although he does not drink regularly, when he does drink he can not stop.

The probation officer admonished the offender for his conduct and his lack of concern for the safety of others, in light of the fact that he was driving 100 mph and intoxicated.  The probation officer also reiterated to the offender the efforts made by the probation office on his behalf to assist him in dealing with his alcohol problems and his lack of commitment to the same.  The offender expressed remorse and stated he realizes he has a lot to lose if he continues down the same path and he wants to change.  This is the offender's third Driving Under the Influence arrest since January 26, 2011; two cases continue pending in the Fresno County Superior Court.  In light of all the aforementioned, the probation officer believes restrictive sanctions are warranted.  Therefore, the probation officer discussed with the offender a commitment to the Residential Re-entry Center (RRC) and he agreed.  An RRC commitment will allow the offender to continue to work and support his children as well as continue in MRT.  The probation officer will continue to monitor the offender's progress on supervision.

                              Respectfully submitted,

                              /s/ Leighann L. Milford

                           **LEIGHANN L. MILFORD**
                       **Senior United States Probation Officer**
                            Telephone:  (559) 499-5724

**DATED:**     July 27, 2011
          Fresno, California
          LLM/rla

**REVIEWED BY:**     /s/ Hubert J. Alvarez
                **HUBERT J. ALVAREZ**
                **Supervising United States Probation Officer**

**RE:**   William VALENZUELA
     Docket Number: 1:06CR00205-01 OWW
     <u>PETITION TO MODIFY THE CONDITIONS OR TERM
     OF SUPERVISION WITH CONSENT OF THE OFFENDER</u>

---

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(  )   Modification not approved at this time.  Probation Officer to contact Court.

(  )   Other:


| July 29, 2011 | /s/ OLIVER W. WANGER |
|---|---|
| **Date** | **Signature of Judicial Officer** |

cc:   United States Probation
   Assistant United States Attorney
   Assistant Federal Defender